IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                                ORDER

               Plaintiff,

  v.                                                        97-cr-68-bbc

LAVELLE SPAN,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Defendant Lavelle Span has filed a timely motion for reconsideration of the denial of his motion for relief pursuant to 18 U.S.C. §3582. I will deny the motion for reconsideration because I am not persuaded that it was error to dismiss defendant's motion.

The fact that the court has decided that sentencing courts may take into consideration the disparity between crack and power cocaine sentences when sentencing career offenders, <u>United States v. Conner</u>, 598 F.3d 411 (7th Cir. 2010), does not mean that sentencing courts may reduce previously imposed sentences on career offenders when considering motions brought under §3582.

ORDER

IT IS ORDERED that defendant Lavelle Span's motion for reconsideration is

1

DENIED.

Entered this 26th day of April, 2010.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge